UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCELINE DUVAL,<br><br>       Plaintiff,<br><br> -v-<br><br>ARAMARK CAMPUS, LLC, AND ROBERT PROKOPIAK, *individually*,<br><br>       Defendants. | Civil Action No. 2:17-cv-00113<br><br>**STIPULATION OF DISMISSAL AS IT RELATES TO PLAINTIFF'S SEVENTH CAUSE OF ACTION UNDER THE FLSA**<br><br>*Document Electronically Filed* |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Marceline Duval ("Plaintiff") and Defendants Aramark Campus, LLC; and Robert Prokopiak (collectively "Defendants"), through their undersigned counsel, that Plaintiff's Seventh Cause of Action for Violations of the Fair Labor Standard Act is hereby dismissed with prejudice.

Dated:  November 17, 2017

| | |
|---|---|
| DEREK SMITH LAW GROUP, PLLC<br>Caroline Hope Miller<br>Derek T. Smith<br>1845 Walnut Street, Suite 1601<br>Philadelphia, Pennsylvania 19103<br>215.391.4790<br><br>*Attorneys for Plaintiff*<br><br>By: _____ | MORGAN, LEWIS & BOCKIUS LLP<br>Melissa C. Rodriguez<br>Gina F. McGuire<br>101 Park Avenue<br>New York, New York 10178<br>212.309.6000<br><br>*Attorneys for Defendants*<br><br>By: *Gina F. McGuire* |

                       _____
                       **SO ORDERED**